STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Eric J. Waltner
Allen & Gooch
P. O. Box 81129
Lafayette LA 70598-1129

**REHEARING ACTION: January 27, 2016**

**Docket Number: 15   00180-WCA consolidated with 181-WCA**

**ESTATE OF SHELLI BELAIRE (JUDGE J. AYO O/B/O G. M. A.)
VERSUS
CRAWFISH TOWN USA, ET AL.**

**Appealed from Office of Workers' Compensation - # 9 Case No. 14-02955
C/W 14-02958**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux
Hon. Sylvia R. Cooks
Hon. John D. Saunders
Hon. Marc T. Amy
Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Crawfish Town USA and LUBA Workers' Compensation** has

this day been

    **DENIED.**
    Amy, J., would grant the rehearing.

cc: Jeffery F. Speer, Counsel for the Appellant